IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

NICOLE HALL, as Administratrix of the Estate
of Amir Hall,

               Plaintiff,         Civil Action No.
                                                   9:12-CV-0377 (GTS/DEP)
     v.

NEW YORK STATE OFFICE OF MENTAL
HEALTH, *et al.*,

               Defendants.

---

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR PLAINTIFF: | |
| STROOCK, STROOCK, LAW FIRM<br>180 Maiden Lane<br>New York, NY 10038 | PATRICK N. PETROCELLI, ESQ.<br>DAVID J. KAHNE, ESQ. |
| FOR STATE DEFENDANTS &<br>SUBPOENAED PARTY: | |
| HON. ERIC T. SCHNEIDERMAN<br>Office of Attorney General<br>State of New York<br>Department of Law<br>The Capitol<br>Albany, NY 12224 | TIMOTHY P. MULVEY, ESQ.<br>Assistant Attorney General |
| FOR REMAINING DEFENDANTS: | |
| WINN LAW OFFICE<br>13 North Street<br>Granville, NY 12832 | ROBERT M. WINN, ESQ. |

LaMARCHE, SAFRANKO PLLC         GEORGE E. LaMARCHE, III., ESQ.
1539 Crescent Road
P.O. Box 5437
Clifton Park, NY  12065

DAVID E. PEEBLES
U.S. MAGISTRATE JUDGE

## ORDER

Currently pending before the court in connection with this action is a motion brought by defendant Office of Mental Health ("OMH") to quash a subpoena issued by plaintiff's counsel on January 15, 2014 to Viktoria Fischer, an OMH Risk Management Specialist employed at the Central New York Psychiatric Center, purporting to require her to appear on January 30, 2014 to testify at a deposition in this action, and to produce documents to be used in conjunction with that deposition.   Dkt. No. 108.   In its motion, defendant OMH contends that the subpoena seeks testimony and material protected under N.Y. Education Law § 6527.   Defendants Lewis Richard Davis and Zoe Kingsley have joined in the motion.   Dkt. Nos. 111, 116. Plaintiff opposes defendant OMH's motion, arguing that the privilege of N.Y. Education Law § 6527 does not apply and, in any event, has been waived. Dkt. No. 115.

Oral argument was conducted in connection with defendant OMH's motion on February 24, 2014 during an on-the-record telephone

2

conference. At the close of argument I issued an oral decision denying the motion to quash. Based upon the foregoing and the court's bench decision, which is incorporated herein by reference, it is hereby

ORDERED that the motion of defendant OMH to quash a subpoena issued by plaintiff's counsel to Viktoria Fischer (Dkt. No. 108) be and is hereby DENIED, without an award of costs or attorney's fees to any party.

David E. Peebles
U.S. Magistrate Judge

Dated: February 25, 2014
Syracuse, NY